State v. Gardner.

THE STATE, Defendant in Error, v. GARDNER, Plaintiff in Error.

1. An indictment, founded on section 8 of the eighth article of the act concerning crimes and punishments (R. C. 1855, p. 624), charging the defendant with an open and notorious act of public indecency, grossly scandalous by "exhibiting and exposing his private parts in presence of *a male and female*, at," &c., is sufficient.

*Error to Polk Circuit Court.*

The following is the indictment in this case : " The grand jurors, &c., present that John Gardner, of, &c., on, &c., at, &c., was then and there guilty of an open and notorious act of public indecency, grossly scandalous, by then and there exhibiting and exposing his private parts in presence of a male and female, at the county of Polk aforesaid, against," &c.

*Wright*, for plaintiff in error.

I. The indictment is not good either upon the statute or at common law. (2 Bailey, 149 ; 8 Mo. 494 ; 1 Chitt. C. L. 168.) It should have been stated that the acts constituting the offence were openly and notoriously committed ; that the act was committed publicly, or in a public place, or in public view. (2 Cox, C. C. 376 ; 13 Jurist, 42 ; 5 Barb. 203.) The names of the persons in whose view the alleged exposure took place should have been stated. The presence of " a male and female" does not necessarily imply that the act was done in the presence of persons.

*Ewing*, (attorney general,) for the State.

This indictment is good ; it is in the words of the statute. (R. C. 1855, p. 625, § 8.)

RICHARDSON, Judge, delivered the opinion of the court.

The indictment not only charged the defendant generally in the words of the statute with being " guilty of an open and notorious act of public indecency, grossly scandalous,"

but specified with sufficient certainty the act that constituted the offence.

The indictment was sufficient, and the judgment will be affirmed ; Judge Scott concurring. Judge Napton absent.